UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
UNITED STATES OF AMERICA,


        -against-                                            23 cr 681 (JGK)

MANLEY ALLEN,                                              **ORDER**
                Defendant.
--------------------------------------------------------------X

        The Court requests that the defendant be seen immediately for both physical and

psychiatric evaluation.

**SO ORDERED.**

                                    **JOHN G. KOELTL**
                        **UNITED STATES DISTRICT JUDGE**


Dated: New York, New York
       January 11, 2024