UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -                                23-cr-681 (JGK)

MANLEY ALLEN,                              ORDER

                Defendant.

JOHN G. KOELTL, District Judge:

The next conference in this matter is scheduled for **July 2, 2024, at 12:00 p.m.**

Because a continuance is needed to assure the effective assistance of counsel, to allow the parties to analyze discovery, for the defense to determine what motions are to be made, if any, and to allow the parties to discuss a disposition of the case, the Court prospectively excludes the time from today, **March 21, 2024,** until **July 2, 2024,** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated:  New York, New York
        March 21, 2024

                                          John G. Koeltl
                                  United States District Judge