**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

    **- against -**

**MANLEY ALLEN,**

               **Defendant.**

**23-cr-681 (JGK)**

**ORDER**

**JOHN G. KOELTL, District Judge:**

    The time for the defendant to file any motions is **August 22, 2024.** The Government should respond by **September 5, 2024.** The defendant should reply by **September 19, 2024.** The parties are directed to appear for a hearing on the motions on **September 30, 2024,** at **10:00 a.m.**

    Notice of Rule 404(b) evidence is due on **October 11, 2024.** The parties should file any requests to charge, motions in limine, and voir dire requests by **October 25, 2024.** Responses and objections are due by **November 1, 2024.**

    The parties are directed to appear for a final pre-trial conference on **January 9, 2025,** at **2:00 p.m.** The trial in this matter is set for **January 14, 2025,** at **9:00 a.m.**

**SO ORDERED.**

**Dated:**    **New York, New York**
           **July 2, 2024**

                                      **John G. Koeltl**
                                **United States District Judge**