# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

September 18, 2024

**BY ECF**
Honorable John G. Koeltl
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  **United States v. Manley Allen**,
     **23 Cr. 681 (JGK)**

Dear Judge Koeltl:

    I write with the consent of the government request an adjournment of the deadline for filing defense Rule 12 motions by not less than 14 days. The motions deadline is currently Monday, September 23, 2024. An extension of this deadline is necessary because the government has expressed its intention to make a written plea offer to Mr. Allen contingent on his abstaining from filing pretrial motions. The requested extension will allow the government to provide a written offer and for Mr. Allen to consider it with counsel.

Respectfully submitted,

/s/
Clay H. Kaminsky
Kristoff Williams
Assistant Federal Defenders
(212) 417-8749

CC:  AUSA Thomas John Wright

APPLICATION GRANTED
SO ORDERED

/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
9/18/24