UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

— against —

MANLEY ALLEN,

            Defendant.

23-cr-681 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The defendant's time to file any motion has been extended to **October 7, 2024**. ECF No. 22. The Government's time to respond is **October 28, 2024**. The defendant's time to reply is **November 11, 2024**.

The conferences scheduled for **September 30, 2024**, and **November 7, 2024**, are canceled.

The hearing on any motions is scheduled for **November 19, 2024**, at 10:00 a.m.

The remaining dates including the trial date of **January 14, 2025**, at 9:00 a.m. remain the same.

SO ORDERED.
Dated:    New York, New York
            September 25, 2024

                                        John G. Koeltl
                                  United States District Judge