# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director and*
*Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

October 16, 2024

**BY ECF**
Honorable John G. Koeltl
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   **United States v. Manley Allen,**
      **23 Cr. 681 (JGK)**

Dear Judge Koeltl:

I write to request that the Court appoint new counsel to represent Mr. Allen in this matter. Our attorney-client relationship has irrevocably broken down, with the result that the appointment of substitute counsel is now necessary to protect Mr. Allen's Sixth Amendment right to the effective assistance of counsel.

I understand that Mr. Allen has sent his own letter ot the Court requesting new counsel. I join in Mr. Allen's request and ask the Court to relieve the Federal Defenders as counsel at this time and to appoint substitute CJA counsel for Mr. Allen.

Respectfully submitted,

/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749

CC:   AUSA Thomas John Wright

*A conference will be held on Wednesday, October 23, 2024, at 3:00pm.*

*SO ORDERED.*

10/18/24   [signature]
           USDJ