UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

        -against-                                               23 cr 681 (JGK)

MANLEY ALLEN,
                        Defendant.
-------------------------------------------------------------X

       It is hereby ordered that David Wikstrom, Esq., is appointed as counsel for the defendant, Manley Allen, for all purposes, replacing Clay H. Kaminsky, Esq.

**SO ORDERED.**

                                                                              **JOHN G. KOELTL**
                                                                    **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
          October 23, 2024