```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------

UNITED STATES OF AMERICA,

                           23-cr-681 (JGK)

    - against -                        ORDER

MANLEY ALLEN,

                Defendant.

------------------------------------

**JOHN G. KOELTL, District Judge:**

    As discussed at the conference today, the next conference in this matter is scheduled for **Wednesday, December 4, 2024**, at **11:00 a.m.**

SO ORDERED.

Dated:    New York, New York
            November 4, 2024

                                            John G. Koeltl
                                     United States District Judge