**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------

**UNITED STATS OF AMERICA,**

       - against -

**MANLEY ALLEN,**
               **Defendant.**
------------------------------------------------

**23-cr-681 (JGK)**

**ORDER**

**JOHN G. KOELTL, District Judge:**

The parties are directed to appear for a conference on **Thursday, May 29, 2025,** at **11:00 a.m.,** in Courtroom 14A, 500 Pearl Street, New York, New York 10007.

**SO ORDERED.**
**Dated:**  **New York, New York**
        **May 23, 2025**

                                                        **/s/ John G. Koeltl**
                                                        **John G. Koeltl**
                                          **United States District Judge**