**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 23, 2025

**By ECF**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

APPLICATION GRANTED
SO ORDERED

*/s/ John G. Koeltl*
John G. Koeltl, U.S.D.J.
5/27/25

**Re:   *United States v. Manley Allen*, 23 CR 682 (JGK)**

Dear Judge Koeltl,

    The Government writes to request respectfully a stay of the current pretrial schedule. At present, any motions *in limine* are due on May 23, 2025 and any responses thereto on May 30, 2025. The Government is in receipt of the letter filed by defendant's appointed counsel on May 21, 2025 advising that a substitution of counsel is required and requesting a conference to achieve that purpose and the Order of the Court dated May 23, 2025 directing the parties to appear for a conference on May 29, 2025 at 11:00 AM. Regardless of whether a substitution of counsel proves necessary on May 29, 2025, the Government seeks the stay based on its communications with defendant's appointed counsel and its resulting expectation that the parties will need to reconsider with the Court both the pretrial and trial schedule on May 29, 2025 and will be able to proceed with clarity toward trial from there.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: */s/ Thomas John Wright*
Thomas John Wright
Assistant United States Attorney
(212) 637-2295

cc: David Wikstrom (Counsel to Defendant Manley Allen) (by ECF)