UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                :
UNITED STATES OF AMERICA        :
                                :         **ORDER**
        - v. -                  :
                                :         23 Cr. 681 (JGK)
MANLEY ALLEN,                   :
   a/k/a "Bangomiyagi,"         :
   a/k/a "Bango Fetti,"         :
                                :
              Defendant.        :
- - - - - - - - - - - - - - - - x

JOHN G. KOELTL, District Judge:

The United States Marshals Service ("USMS") and the Bureau of Prisons ("BOP") are requested to produce the defendant in the above-captioned proceeding for a conference scheduled for _June 3, 2025_ at _2:00 P.M_. In the event the defendant refuses to comply with his production to court or otherwise attempts to impede his production to the courthouse, the USMS and the BOP may use such force as is reasonably necessary for the execution of the production to the courthouse.

SO ORDERED.

_____
THE HONORABLE JOHN G. KOELTL
United States District Judge
Southern District of New York

Dated:   New York, New York
         5/29/25