UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

        -against-                                                      23 cr 681 (JGK)

MANLEY ALLEN,
                          Defendant.
-------------------------------------------------------------X

       It is hereby ordered that James M. Roth, Esq., is appointed as counsel for the above-named defendant, for all purposes, replacing David Wikstrom, Esq.

**SO ORDERED.**

                                                                  **JOHN G. KOELTL**
                                                       **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
          June 5, 2025