UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA

                                                   23 cr 681 (JGK)

      -against-

                                                   **SPEEDY TRIAL ORDER**

MANLEY ALLEN,

                     Defendant.
------------------------------------------------------------X

**JOHN G. KOELTL, DISTRICT JUDGE:**

      The parties are directed to appear for a conference on **Thursday, July 31, 2025, at 4:30pm,** before the Honorable John G. Koeltl.

      The Court prospectively excludes the time from today until **July 31, 2025** in calculating the speedy trial date under 18 U.S.C. 3161 in order to assure effective assistance of counsel and because the ends of justice served by ordering such a continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

                                                        */s/ John G. Koeltl*
                                                        JOHN G. KOELTL
                                                    **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        July 9, 2025