## STAMPUR & ROTH

ATTORNEYS AT LAW

WILLIAM J. STAMPUR

JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240

**By ECF**

United States District Court
Southern District of New York
United States District Judge
Honorable John G. Koeltl
500 Pearl Street
New York, NY 10007`

October 17, 2025

      Re: United States of America vs. Manley Allen, 23 Cr. 00681-1 (JGK)

Dear Judge Koeltl:

 I write with the consent of AUSA Thomas Wright to request that the sentencing in this matter currently scheduled for November 4, 2025, be adjourned to the week of January 12, 2026, or beyond to permit counsel to gather information relevant to the proceeding . This is the first adjournment request.

                 Very truly yours

                  *James Roth*

                  James Roth

cc. AUSA Margaret Vasu