UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

UNITED STATES OF AMERICA,

      Plaintiffs,

   -against-           23 cr 681 (JGK)

MANLEY ALLEN,

      Defendant.

------------------------------------------------------------X

   Defense submissions are due **March 17, 2026.** Government submissions are due **March 23, 2026.**

   The sentence set for March 24, 2026, at 11:30am, is **adjourned to Tuesday, March 31, 2026, at 11:30am.**

**SO ORDERED.**

                  **JOHN G. KOELTL**
               **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
   February 5, 2026.