UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

MANLEY ALLEN,

    a/k/a "Bangomiyagi,"
    a/k/a "Bango Fetti,"

          Defendant.

**Consent
Order of Restitution**

23 Cr. 681 (JGK)

---

Upon the application of the United States of America, by its attorney, Jay Clayton, United States Attorney for the Southern District of New York, Thomas John Wright, Assistant United States Attorney, of counsel; the presentence investigation report; the defendant's conviction on Counts Two and Three of the 23 Cr. 681 (JGK) Indictment (the "Indictment"); and all other proceedings in this case, it is hereby ORDERED that:

1. **Amount of Restitution**

MANLEY ALLEN, the defendant, shall pay restitution in the total amount of $3,000, pursuant to 18 U.S.C. §§ 3663 and 3663A, to the victim of the offense charged in Counts Two and Three of the Indictment. The name, address, and specific amount owed to the victim are set forth in the Schedule of Victims, attached hereto as Schedule A. Upon advice by the United States Attorney's Office of a change of address of a victim, the Clerk of Court is authorized to send payments to the new address without further order of this Court.

2. **Schedule of Payments**

Pursuant to 18 U.S.C. § 3664(f)(2), in consideration of the financial resources and other assets of the defendant, including whether any of these assets are jointly controlled; projected

earnings and other income of the defendant; and any financial obligations of the defendant; including obligations to dependents, the defendant shall pay restitution in the manner and according to the schedule that follows.  In the interest of justice, restitution will be payable in installments pursuant to 18 U.S.C. § 3572(d)(1) and (2).  The defendant will commence ~~quarterly~~ *thirty days after release from imprisonment,* JGK ~~installment payments of not less than $25 OR at least 15% percent of the defendant's gross monthly income, whichever is greater, payable on the 15th of each month, immediately upon entry of this judgment.~~

~~While serving the term of imprisonment, the defendant shall make installment~~ payments ~~toward restitution and may do so through the Bureau of Prisons' (BOP) Inmate Financial Responsibility Plan (IFRP).~~ Any unpaid amount remaining upon release from prison will be paid in installment payments of not less than $100 OR at least 15% percent of the defendant's gross income, whichever is greater, payable on the 15th of each month. *Interest will* JGK *not accrue on any unpaid restitution.*

This schedule is without prejudice to the Government taking enforcement actions, pursuant to 18 U.S.C. § 3613, to the extent warranted.

3.      **Payment Instructions**

The defendant shall make restitution payments by certified check, money order, or online. Instructions for online criminal debt payments are available on the Clerk of Court's website at https://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt.  Checks and money orders shall be made payable to the "SDNY Clerk of Court" and mailed or delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611.  The defendant shall write his name and the docket number of this case on each check or money order.

4.    **Change in Circumstances**

The defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Program) of (1) any change of the defendant's name, residence, or mailing address or (2) any material change in the defendant's financial resources that affects the defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

5.    **Term of Liability**

The defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b).  Subject to the time limitations in the preceding sentence, in the event of the death of the defendant, the defendant's estate will be held responsible for any unpaid balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

6.    **Sealing**

Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of the victim, the Schedule of Victims, attached hereto as Schedule A, shall be filed under seal, except that copies may be retained and used by or

disclosed to the listed victim, the Government, the investigating agency, the Clerk's Office, and

the Probation Office, as needed to effect and enforce this Order, without further order of this Court.

AGREED AND CONSENTED TO:

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: _Thomas John Wright_          _04/09/2026_
Thomas John Wright                DATE
Assistant United States Attorney
(212) 637-2295

MANLEY ALLEN

By: _____          _4/9/26_
MANLEY ALLEN                      DATE
Defendant

By: _____          _4/9/26_
JAMES ROTH, ESQ.                 DATE
Attorney for Defendant

SO ORDERED:

_G. Koeltl_                        _4/9/26._
HONORABLE JOHN G. KOELTL          DATE
UNITED STATES DISTRICT JUDGE

4

**Schedule A**

**23 CR 681 (JGK)**

<u>Victim #1</u>



$3,000