UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

                  :

UNITED STATES OF AMERICA

                  :    CONSENT PRELIMINARY ORDER

      - v. -                  OF FORFEITURE/

                  :    <u>MONEY JUDGMENT</u>

MANLEY ALLEN,
    a/k/a "Bangomiyagi,"         :    23 Cr. 681 (JGK)
    a/k/a "Bango Fetti,"

                  :

          Defendant.      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WHEREAS, on or about December 21, 2023, MANLEY ALLEN (the "Defendant"), was charged in a six-count Indictment, 23 Cr. 681 (JGK) (the "Indictment") with conspiracy to commit robbery, in violation of 18 U.S.C. § 1951 ("Count One"), robbery, in violation of 18 U.S.C. §§ 1951 and 2 ("Count Two"), using and carrying firearms during and in relation to that same robbery, which firearms were brandished, in violation of 18 U.S.C. §§ 924(c)(1)(A)(i) and (ii) and 2 ("Count Three"), possession of a firearm after a felony conviction, in violation of 18 U.S.C. § 922(g)(1) ("Count Four"), possession with intent to distribute marihuana, in violation of 21 U.S.C. §§ 812, 841(a)(1), and 841(b)(1)(D) and 18 U.S.C. § 2 ("Count Five"), and possessing a firearm in furtherance of that same marihuana possession, in violation of 18 U.S.C. § 924(c)(1)(A)(i) ("Count Six");

WHEREAS, the Indictment included a forfeiture allegation as to Counts One and Two of the Indictment, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), of any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of said offenses, including, but not limited to, a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offenses;

WHEREAS, on or about July 31, 2025, the Defendant pled guilty to Count Two and a lesser-included offense of Count Three of the Indictment, and now admits the forfeiture allegation with respect to Count Two of the Indictment and agrees to forfeit, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), a sum of money in United States currency, representing any and all property constituting, or derived from, proceeds the Defendant obtained directly or indirectly as a result of the offenses charged in Count Two of the Indictment;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $3,000 in United States currency, representing the amount of proceeds traceable to the offense charged in Count Two of the Indictment that the Defendant personally obtained; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offense charged in Count Two of the Indictment that the Defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Jay Clayton, United States Attorney, Assistant United States Attorney, Thomas John Wright of counsel, and the Defendant, and his counsel, James Roth, Esq., that:

1.      As a result of the offense charged in Count Two of the Indictment, to which the Defendant pled guilty, a money judgment in the amount of $3,000 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Count Two of the Indictment that the Defendant personally obtained, shall be entered against the Defendant.

2.      Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant and shall

be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3.    All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Illicit Finance and Money Laundering Unit, 26 Federal Plaza, 37th Floor New York, New York 10278 and shall indicate the Defendant's name and case number.

4.    The United States Marshals Service is authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5.    Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6.    Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7.    The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

8.    The Clerk of the Court shall forward three certified copies of this Consent Preliminary Order of Forfeiture/Money Judgment to Assistant United States Attorney Emily

Deininger, Co-Chief of the Illicit Finance and Money Laundering Unit, United States Attorney's

Office, 26 Federal Plaza, 37th Floor New York, New York 10278.

        9.     The signature page of this Consent Preliminary Order of Forfeiture/Money

Judgment may be executed in one or more counterparts, each of which will be deemed an original

but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

JAY CLAYTON
United States Attorney for the
Southern District of New York


By: _____    04/09/2026
      THOMAS JOHN WRIGHT    DATE
      Assistant United States Attorney
      26 Federal Plasa, 37th Floor
      New York, NY 10278
      (212) 637-2295


MANLEY ALLEN


By: _____    4/9/26
      MANLEY ALLEN    DATE
      Defendant


By: _____    4/9/26
      JAMES ROTH, ESQ.    DATE
      Attorney for Defendant
      2 Overhill Road
      Scarsdale, NY 10583


SO ORDERED:

_____    4/9/26
HONORABLE JOHN G. KOELTL    DATE
UNITED STATES DISTRICT JUDGE